1 | Dean G. Rallis Jr. (# 94266)
  |  drallis@afrct.com
2 | Matthew D. Pham (# 287704)
  |  mpham@afrct.com
3 | ANGLIN, FLEWELLING, RASMUSSEN,
  | CAMPBELL & TRYTTEN LLP
4 | 301 N. Lake Ave, Suite 1100
  | Pasadena, CA  91101-4158
5 | Tel: (626) 535-1900 | Fax: (626) 577-7764

FILED & ENTERED

SEP 22 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ygreen    DEPUTY CLERK

6 | Proposed Attorneys for Howard and Anna Foster

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re | Lead Case No.: 6:17-bk-15749-SC |
| FOSTER ENTERPRISES, a California general partnership, | Chapter 11 |
| Debtor. | Jointly Administered with: |
| | Case No.: 6:17-bk-15915-SC |
| In re | **ORDER CONFIRMING ABANDONMENT OF ESTATE PROPERTY** |
| HOWARD DEAN FOSTER and ANNA MAE FOSTER, | *[Personal Property Located at 20262 East Dameral Drive, Covina, California 91724]* |
| Debtors. | Date: [No Hearing Held]<br>Time: |
| ☐ Affects All Debtors | Place: 411 West Fourth Street<br>Courtroom 5C<br>Santa Ana, California 92701 |
| ☐ Affects FOSTER ENTERPRISES, a California general partnership | |
| ☒ Affects HOWARD DEAN FOSTER and ANNA MAE FOSTER | Alternative Location<br>3420 Twelfth Street<br>Video Hearing Room 126<br>Riverside, California 92501 |

25 | / / /
26 | / / /
27 | / / /
28 | / / /

On August 28, 2017, Howard and Anna Foster (the "Foster Individuals"), the debtors and debtors in possession in one of the above-captioned chapter 11 cases, filed and served a notice (the "Notice") of their intent to abandon certain personal property belonging to the bankruptcy estate and identified or described on the inventory list attached to the Notice as **Exhibit 1** (the "Personal Property"), at docket no. 103.

On September 20, 2017, the Foster Individuals filed a declaration of Dean G. Rallis Jr. (the "Rallis Declaration"), at docket no. 126, indicating that no party had filed an objection to or requested a hearing on the Notice.

The Court having considered the Notice, the Rallis Declaration and having found that notice was proper and that no objection to the Notice was timely made or filed and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Personal Property is deemed abandoned by the estate under 11 U.S.C. § 554(a).

Date: September 22, 2017

Scott C. Clarkson
United States Bankruptcy Judge