**DYKEMA GOSSETT LLP**
Gregory K. Jones (SBN 181072)
gjones@dykema.com
333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Proposed Attorneys for Foster Enterprises

FILED & ENTERED

OCT 24 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY craig    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>FOSTER ENTERPRISES, a California general partnership,<br><br>Debtor. | Case No. 6:17-bk-15749-SC<br><br>Chapter 11<br><br><br><br>Jointly Administered with |
| In re<br><br>HOWARD DEAN FOSTER and ANNA MAE FOSTER<br><br>Debtor. | Case No.: 6:17-bk-15915-SC<br><br>**ORDER GRANTING DEBTOR'S APPLICATION TO EMPLOY DYKEMA GOSSETT LLP AS BANKRUPTCY COUNSEL** |
| ☐  Affects All Debtors<br>☒  Affects FOSTER ENTERPRISES, a California general partnership<br>☐  Affects HOWARD DEAN FOSTER and ANNA MAE FOSTER | Date: [No Hearing Unless Requested]<br>Time:<br>Place: 411 West Fourth Street<br>        Courtroom 5C<br>        Santa Ana, California 92701<br><br>Alternative Location<br>3420 Twelfth Street<br>Video Hearing room 126<br>Riverside, California 92501 |

Upon review and consideration of the "Debtor's Application to Employ Dykema Gossett LLP as Bankruptcy Counsel" and the accompanying Declaration of Gregory K. Jones (collectively,

1

the "Application") [Docket No. 135] filed by Foster Enterprises, debtor and debtor in possession in the above-captioned case; the "Limited Opposition to Debtor's Application to Employ Dykema Gossett LLP as Bankruptcy Counsel" filed by the Office of the United States Trustee ("UST") [Docket No. 138]; the "Response to Limited Opposition Re: Debtor's Application to Employ Dykema Gossett LLP as Bankruptcy Counsel" filed by the Debtor [Docket No. 139]; the "Withdrawal Re: Limited Opposition Re: Debtor's Application to Employ Dykema Gossett LLP as Bankruptcy Counsel" [Docket No. 140]; and the "Declaration of Gregory K. Jones that No Party Requested Hearing on Debtor's Application to Employ Dykema Gossett LLP as Bankruptcy Counsel;" it appearing that Dykema Gossett ("Dykema") is a disinterested person as that term is defined in 11 U.S.C. § 101(14) and that the employment of Dykema is in the best interests of the estate; the Court hereby finds that notice was appropriate under the circumstances; and good cause exists for the relief requested in the Application.

THEREFORE, IT IS ORDERED THAT:

1. The Application is granted.

2. The employment of Dykema as bankruptcy counsel for the Debtor is approved, *nunc pro tunc* to September 25, 2017.

###

Date: October 24, 2017

Scott C. Clarkson
United States Bankruptcy Judge