| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| DYKEMA GOSSETT LLP<br>Gregory K. Jones (SBN 181072)<br>gjones@dykema.com<br>333 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>Telephone: (213) 457-1800/Facsimile: (213) 457-1850<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor* Foster Enterprises | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** RIVERSIDE DIVISION

| In re:<br><br>FOSTER ENTERPRISES, a California general partnership<br><br><br><br><br>Debtor(s) | CASE NO.: 6:17-bk-15749-SC<br>CHAPTER: 11<br><br>**SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☒ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B ☐ Schedule C ☒ Schedule D ☒ Schedule E/F ☐ Schedule G
☐ Schedule H ☐ Schedule I ☐ Schedule J ☐ Schedule J-2 ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers ☐ Statement of Intention ☐ Master Mailing List
☒ Other (*specify*) List of Creditors Who Have the 20 Largest Unsecured Claims

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 02/01/3918

_____
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE**: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Foster Enterprises, a California general partnership** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | **6:17-bk-15749** |

■ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express Bank FSB c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355-0701** | | **Credit card [amount from filed proof of claim used to determine 20 largest unsecured creditors]** | **Unliquidated Disputed** | | | **$221,404.35** |
| **Carole F Cramer Irrevocable Trust Attn: William R Cramer Jr, Trustee PO Box 1987 Perris, CA 92572** | | **Loan** | **Unliquidated** | | | **$154,385.61** |
| **Danielle Anderson 24115 Corte Inspirada Murrieta, CA 92562** | | **Loan** | **Unliquidated Disputed** | | | **$211,250.00** |
| **Ed Gross 5976 Eastwood Ave Rancho Cucamonga, CA 91737-2812** | | **Loan** | **Unliquidated Disputed** | | | **$104,000.00** |
| **Empire Investment Group c/o Ed Gross 5976 Eastwood Ave Rancho Cucamonga, CA 91737-2812** | | **Loan** | **Unliquidated Disputed** | | | **$1,269,000.00** |
| **Healthcare Cost Solutions 1200 Newport Center Dr Suite 190 Newport Beach, CA 92660** | | **Loan** | **Unliquidated** | | | **$100,000.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **Foster Enterprises, a California general partnership** | | Case number (if known) | | **6:17-bk-15749** | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Henry Ishikawa**<br>**1470 S Bradshawe Ave**<br>**Monterey Park, CA 91754** | | **Loan** | **Unliquidated** | | | **$405,898.17** |
| **Hy-Line North America LLC**<br>**c/o Thomas Jorgensen**<br>**1755 West Lakes Pkwy**<br>**West Des Moines, IA 50266** | | **Supplies [amount from filed proof of claim used to determine 20 largest unsecured creditors]** | **Unliquidated Disputed** | | | **$115,025.64** |
| **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | | **Taxes** | **Unliquidated** | **$4,454,791.96** | **$4,000,000.00** | **$454,791.96** |
| **Jose Rodriguez**<br>**19357 Nuthatch St**<br>**Perris, CA 92570** | | **Loan** | | | | **$49,178.42** |
| **Juying Wei**<br>**25 Bridgewood**<br>**Irvine, CA 92604** | | **Loan [amount from filed proof of claim used to determine 20 largest unsecured creditors]** | **Unliquidated Disputed** | | | **$329,000.00** |
| **Paramount Management**<br>**c/o Ed Gross**<br>**5976 Eastwood Ave**<br>**Rancho Cucamonga, CA 91737-2812** | | **Loan** | **Unliquidated Disputed** | | | **$139,607.43** |
| **POMA Automated Fueling Inc**<br>**c/o Troy W Stanton Esq**<br>**PO Box 880**<br>**Yorba Linda, CA 92885** | | **Supplies [amount from filed proof of claim used to determine 20 largest unsecured creditors]** | **Unliquidated** | | | **$62,256.03** |
| **Ruth Gross Trust**<br>**c/o Ed Gross**<br>**5976 Eastwood Ave**<br>**Rancho Cucamonga, CA 91737-2812** | | **Loan** | **Unliquidated Disputed** | | | **$412,000.00** |
| **Southern California Edison**<br>**1551 W San Bernardino Rd**<br>**Covina, CA 91722** | | **Services** | **Unliquidated Subject to Setoff** | | | **$72,175.84** |

| Debtor | **Foster Enterprises, a California general partnership** | | Case number *(if known)* | **6:17-bk-15749** | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **State Compensation Insurance Fund PO Box 7441 San Francisco, CA 94120** | | **Insurance** | **Unliquidated Disputed** | | | **$97,337.16** |
| **Teresa Cardenas 16001 Chase Road #39 Fontana, CA 92336** | | **Loan** | | | | **$208,272.75** |
| **Ventura County Resource Mgmt Agency 800 S Victoria Ave #1700 Ventura, CA 93009-1700** | | **Civil Administrative Penalty** | **Unliquidated Disputed** | **$657,000.00** | **$3,000,000.00** | **$657,000.00** |
| **Western Milling LLC 31120 West Street PO Box 1029 Goshen, CA 93227** | | **Loan** | **Unliquidated Disputed** | | | **$600,000.00** |
| **Yang Yang Zhang aka CB Higgins 9464 Geisler Road Eden Prairie, MN 55347** | | **Loan [amount from filed proof of claim used to determine 20 largest unsecured creditors]** | **Unliquidated Disputed** | | | **$70,000.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Foster Enterprises, a California general partnership**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **6:17-bk-15749**

■ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Allstar Financial Services Inc**<br>Creditor's Name<br><br>**20700 Ventura Blvd Suite 222**<br>**Woodland Hills, CA 91364**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**01/11/2008**<br>**Last 4 digits of account number**<br>**2588**<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Ventura County Tax Collector**<br>**2. Allstar Financial Services Inc**<br>**3. Beverly A Gross**<br>**4. Ventura County Resource Mgmt Agency** | Describe debtor's property that is subject to a lien<br>**10465 Stockton Road, Moorpark, California 93021**<br><br>Describe the lien<br>**Deed of Trust**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$3,227,315.43** | **$3,000,000.00** |
| **2.2** **Beverly A Gross**<br>Creditor's Name<br><br>**1341 S Lincoln Blvd**<br>**Centralia, IL 62801**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known | Describe debtor's property that is subject to a lien<br>**10465 Stockton Road, Moorpark, California 93021**<br><br>Describe the lien<br>**Deed of Trust**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim? | **$168,549.69** | **$3,000,000.00** |

| Debtor | **Foster Enterprises, a California general partnership** | Case number (if know) | **6:17-bk-15749** |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

**August 2007**

**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check that all apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.3 | **GE Capital Corporation** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Various vehicles, tractors, and trailers** | | |

**1010 Thomas Edison Blvd SW**
**Cedar Rapids, IA 52404**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $4,454,791.96 | $4,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **(1) real property located at 775 South Acacia Avenue, Rialto, California 92376; (2) real property located at 10465 Stockton Road, Moorpark, California 93201; (3) all personal property of Foster Enterprises** | | |

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Creditor's mailing address

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.5 | **San Bernardino County Tax Collector** | Describe debtor's property that is subject to a lien | $8,143.88 | $900,000.00 |
|---|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Foster Enterprises, a California general partnership** | | Case number (if know) | **6:17-bk-15749** |
|---|---|---|---|---|
| | Name | | | |

| Creditor's Name | 775 South Acacia Avenue, Rialto, California |
|---|---|
| **268 West Hospitality Ln First Floor San Bernardino, CA 92415-0360** | 92376 |

Creditor's mailing address

**Describe the lien**
**Statutory Lien**

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | **Ventura County Resource Mgmt Agency** | Describe debtor's property that is subject to a lien | $657,000.00 | $3,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **10465 Stockton Road, Moorpark, California 93021** | | |
| | **800 S Victoria Ave #1700 Ventura, CA 93009-1700** | | | |

Creditor's mailing address

**Describe the lien**
**Statutory Lien**

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

---

| 2.7 | **Ventura County Tax Collector** | Describe debtor's property that is subject to a lien | $96,652.94 | $3,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **10465 Stockton Road, Moorpark, California 93021** | | |
| | **800 S Victoria Ave Ventura, CA 93009-1290** | | | |

Creditor's mailing address

**Describe the lien**
**Statutory Lien**

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Foster Enterprises, a California general partnership** | Case number (if know) | **6:17-bk-15749** |
|---|---|---|---|
| | Name | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

| | | |
|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$8,612,453.90** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 4 of 4

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Foster Enterprises, a California general partnership**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **6:17-bk-15749**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,041.89** | **$2,041.89** |

**2.1**

Priority creditor's name and mailing address

**Evan J Foster**
**1719 Outpost Lane**
**Pasadena, CA 91107-1073**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$2,041.89**     Priority amount **$2,041.89**

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages/salary/compensation, accrued
vacation, accrued sick leave**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.2**

Priority creditor's name and mailing address

**Glenn Randles**
**536 Lark Rd**
**Wrightwood, CA 92397**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$1,304.98**     Priority amount **$1,304.98**

Date or dates debt was incurred

Basis for the claim:
**Reimbursable business expenses**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    49141                    Best Case Bankruptcy

| Debtor | **Foster Enterprises, a California general partnership** | Case number (if known) | **6:17-bk-15749** |
|---|---|---|---|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,161.86 | $8,161.86

**Jeffery C Foster**
**1719 Outpost Lane**
**Pasadena, CA 91107-1073**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages/salary/compensation, accrued vacation, accrued sick leave**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,337.38 | $4,337.38

**Ronald Thomas**
**PO Box 2759**
**Wrightwood, CA 92397**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Reimbursable business expenses**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,850.00 | $12,850.00

**Stanley M Foster**
**51450 Calle Guatemala**
**La Quinta, CA 92253**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages/salary/compensation**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,573.36

**ACI Commercial Insurance**
**505 E First St Suite E**
**Tustin, CA 92780**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Insurance_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Foster Enterprises, a California general partnership** | Case number (if known) | **6:17-bk-15749** |
|---|---|---|---|
| | Name | | |

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,085.00**

**Alfred B Saroni**
**296 Sanringham Drive North**
**Moraga, CA 94556**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services**

Is the claim subject to offset? ☐ No ☑ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,469.00**

**Alliance Industrial**
**20311 Paseo Del Prado**
**Walnut, CA 91789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$221,404.35**

**American Express Bank FSB**
**c/o Becket and Lee LLP**
**PO Box 3001**
**Malvern, PA 19355-0701**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3001**

Basis for the claim:  **Credit card [amount from filed proof of claim used to determine 20 largest unsecured creditors]**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$79,320.44**

**California Cage Free Egg Farm LLC**
**13610 S Archibald Ave**
**Ontario, CA 91761-7930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Supplies; services**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$154,385.61**

**Carole F Cramer Irrevocable Trust**
**Attn: William R Cramer Jr, Trustee**
**PO Box 1987**
**Perris, CA 92572**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Loan**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$335.00**

**CME Refrigeration Controls Inc**
**10030 Sierra Vista Ave**
**Phelan, CA 92371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$490.25**

**Coyote Logistics**
**PO Box 742636**
**Atlanta, GA 30374-2636**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Foster Enterprises, a California general partnership** | Case number (if known) | **6:17-bk-15749** |
|---|---|---|---|
| | Name | | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,395.87** |
|---|---|---|---|

**Cypress Premium Funding Inc**
PO Box 3529
Mission Viejo, CA 92690

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Insurance__

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$210.32** |
|---|---|---|---|

**D&F Sanitation**
1286 East Mission Blvd
Pomona, CA 91766

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$344.27** |
|---|---|---|---|

**Daisy IT**
8575 Red Oak St
Rancho Cucamonga, CA 91730

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Supplies__

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$211,250.00** |
|---|---|---|---|

**Danielle Anderson**
24115 Corte Inspirada
Murrieta, CA 92562

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Loan__

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Deborah J Bush**
1719 Oupost Lane
Pasadena, CA 91107-1073

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Loan__

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Department of Motor Vehicles**
P O Box 942897
Sacramento, CA 94297

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Fees__

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,026.00** |
|---|---|---|---|

**E Marquez Transport**
PO Box 217
Chino, CA 91710

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Foster Enterprises, a California general partnership** | Case number (if known) | **6:17-bk-15749** |
|---|---|---|---|
| | Name | | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$104,000.00** |
|---|---|---|---|

**Ed Gross**
**5976 Eastwood Ave**
**Rancho Cucamonga, CA 91737-2812**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Loan**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,269,000.00** |
|---|---|---|---|

**Empire Investment Group**
**c/o Ed Gross**
**5976 Eastwood Ave**
**Rancho Cucamonga, CA 91737-2812**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Loan [amount from filed proof of claim used to determine 20 largest unsecured creditors]**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,345.60** |
|---|---|---|---|

**Empire Investment Group II**
**c/o Ed Gross**
**5976 Eastwood Ave**
**Rancho Cucamonga, CA 91737-2812**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Loan**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,736.79** |
|---|---|---|---|

**Employment Development Dept.**
**P O Box 826880, MIC 83**
**Sacramento, CA 94280-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Taxes**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$921.52** |
|---|---|---|---|

**Energy Alternators & Starters**
**1475 E Philadelphia St**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Supplies**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,615.92** |
|---|---|---|---|

**Evan J Foster**
**1719 Outpost Lane**
**Pasadena, CA 91107-1073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Reimbursable business expenses**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$582.50** |
|---|---|---|---|

**FedEx Corporate Services Inc**
**3965 Airways Blvd**
**Module G, 3rd Floor**
**Memphis, TN 38116-5017**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Foster Enterprises, a California general partnership** | Case number (if known) | **6:17-bk-15749** |
|---|---|---|---|
| | Name | | |

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |

**Frazer LLP**
**135 S State College Blvd Suite 300**
**Brea, CA 92821**

☐ Contingent
☐ Unliquidated ■
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,083.94** |

**Fred Hoffman**
**601 Laurel Ave #402**
**San Mateo, CA 94401**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53,917.31** |

**Gary D Foster**
**2057 Glenneyre St**
**Laguna Beach, CA 92651-3617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Loan; Reimbursement of partnership tax payment**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,640.44** |

**GE Capital Solutions**
**PO Box 822108**
**Philadelphia, PA 19182**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Auto**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,125.00** |

**Gregg Cutler**
**PO Box 1042**
**Moorpark, CA 93020**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |

**Harvest Farms Inc**
**45000 Yucca Ave**
**Lancaster, CA 93534**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |

**Healthcare Cost Solutions**
**1200 Newport Center Dr Suite 190**
**Newport Beach, CA 92660**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Foster Enterprises, a California general partnership** | Case number *(if known)* | **6:17-bk-15749** |
|---|---|---|---|
| | Name | | |

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$405,898.17** |
|---|---|---|---|

**Henry Ishikawa**
**1470 S Bradshawe Ave**
**Monterey Park, CA 91754**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,579,813.39** |
|---|---|---|---|

**Howard D Foster & Anna M Foster**
**PO Box 4210**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplies; reimbursement of IRS installment payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$115,025.64** |
|---|---|---|---|

**Hy-Line North America LLC**
**c/o Thomas Jorgensen**
**1755 West Lakes Pkwy**
**West Des Moines, IA 50266**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplies [amount from filed proof of claim used to determine 20 largest unsecured creditors]**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.53** |
|---|---|---|---|

**Industrial Supply Co**
**1428 S Grove Ave Units D & E**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105.00** |
|---|---|---|---|

**Interstate Filter Service**
**15006 E Arrow Hwy**
**Baldwin Park, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$422.17** |
|---|---|---|---|

**Ishams Fire Extinguisher Service**
**5130 Heintz St Suite 8**
**Baldwin Park, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$137,563.76** |
|---|---|---|---|

**Jeffery C Foster**
**1719 Outpost Lane**
**Pasadena, CA 91107-1073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Reimbursable business expenses; tax payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Foster Enterprises, a California general partnership** | Case number (if known) | **6:17-bk-15749** |

Name

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49,178.42** |

**Jose Rodriguez**
**19357 Nuthatch St**
**Perris, CA 92570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,540.41** |

**Joyce E Foster**
**1719 Outpost Lane**
**Pasadena, CA 91107-1073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Reimbursable business expenses**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$329,000.00** |

**Juying Wei**
**25 Bridgewood**
**Irvine, CA 92604**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan [amount from filed proof of claim used to determine 20 largest unsecured creditors]**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,212.00** |

**Kens Tire and Wheel**
**3304 W Beverly Blvd**
**Montebello, CA 90640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,394.75** |

**Luna Fertilizer**
**285 Montgomery Ave**
**Oxnard, CA 93036**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,500.00** |

**Maxim D Foster**
**1719 Outpost Lane**
**Pasadena, CA 91107-1073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,786.00** |

**Mendoza Distributing**
**3065 W San Ramon Ave**
**Fresno, CA 93711**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ■ Yes

---

| Debtor | **Foster Enterprises, a California general partnership** | Case number (if known) | **6:17-bk-15749** |
|---|---|---|---|
| | Name | | |

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$369.64**

**Midwest Safeguard**
**PO Box 88043**
**Chicago, IL 60680-1043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Supplies__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,158.20**

**Modern Imaging Systems**
**1400 Market Place Blvd. #147**
**Cumming, GA 30041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Equipment rental__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,800.00**

**Mukesh Shah**
**2340 W 230th St**
**Torrance, CA 90501**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,333,144.11**

**New Lakeview Farms LLC**
**13610 S Archibald Ave**
**Ontario, CA 91761-7930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Supplies; services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,132.13**

**Ontario Municipal Utilities Company**
**1333 S Bon View Ave**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$139,607.43**

**Paramount Management**
**c/o Ed Gross**
**5976 Eastwood Ave**
**Rancho Cucamonga, CA 91737-2812**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,346.54**

**Pep Boys**
**PO Box 8500-50445**
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Supplies__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Foster Enterprises, a California general partnership** | | Case number (if known) | **6:17-bk-15749** |
|---|---|---|---|---|
| | Name | | | |

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$62,256.03** |
|---|---|---|---|

**POMA Automated Fueling Inc**
**c/o Troy W Stanton Esq**
**PO Box 880**
**Yorba Linda, CA 92885**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Supplies [amount from filed proof of claim used to determine 20 largest unsecured creditors]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$246.25** |
|---|---|---|---|

**Prepass**
**PO Box 52774**
**Phoenix, AZ 85072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$347.20** |
|---|---|---|---|

**Quill Corporation**
**PO Box  37600**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,179.89** |
|---|---|---|---|

**Recycled Wood Products**
**1313 E Phillip Blvd**
**Pomona, CA 91766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$430.00** |
|---|---|---|---|

**RT Electric**
**1707 S Grove Ave**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$412,000.00** |
|---|---|---|---|

**Ruth Gross Trust**
**c/o Ed Gross**
**5976 Eastwood Ave**
**Rancho Cucamonga, CA 91737-2812**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$32,714.26** |
|---|---|---|---|

**Rypos Inc**
**40 Kenwood Circle Suite 10**
**Franklin, MA 02038**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Foster Enterprises, a California general partnership** | Case number (if known) | **6:17-bk-15749** |
|---|---|---|---|
| | Name | | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.00 |
|---|---|---|---|

**San Bernardino County Fire**
**157 W 5th St 2nd Floor**
**San Bernardino, CA 92415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,175.84 |
|---|---|---|---|

**Southern California Edison**
**1551 W San Bernardino Rd**
**Covina, CA 91722**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,022.09 |
|---|---|---|---|

**Sprint Corp**
**Attn: Bankruptcy Department**
**PO Box 7949**
**Overland Park, KS 66207-0949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,851.80 |
|---|---|---|---|

**Stanley M Foster**
**51450 Calle Guatemala**
**La Quinta, CA 92253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Draw; reimbursable business expenses**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97,337.16 |
|---|---|---|---|

**State Compensation Insurance Fund**
**PO Box 7441**
**San Francisco, CA 94120**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,675.00 |
|---|---|---|---|

**Statewide Towing & Recovery**
**190 N Main St**
**Riverside, CA 92501**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $494.85 |
|---|---|---|---|

**Strand AG Supply**
**PO Box 710**
**Denair, CA 95316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Foster Enterprises, a California general partnership** | Case number (if known) | **6:17-bk-15749** |
|---|---|---|---|
| | Name | | |

---

**3.65**

**Nonpriority creditor's name and mailing address**

**Taylor Simonson & Winter LLP**
**144 N Indian Hill Blvd**
**Claremont, CA 91711**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,673.33**

---

**3.66**

**Nonpriority creditor's name and mailing address**

**Teletrac Inc**
**32472 Collection Center Dr**
**Chicago, IL 60693-0324**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$825.72**

---

**3.67**

**Nonpriority creditor's name and mailing address**

**Teresa Cardenas**
**16001 Chase Road #39**
**Fontana, CA 92336**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No ☐ Yes

**$208,272.75**

---

**3.68**

**Nonpriority creditor's name and mailing address**

**Thermo Engine Supply**
**1611 S Sunkist St**
**Anaheim, CA 92806**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$187.39**

---

**3.69**

**Nonpriority creditor's name and mailing address**

**US Healthworks Medical Group**
**PO Box 50042**
**Los Angeles, CA 90074-0042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

**$2,149.04**

---

**3.70**

**Nonpriority creditor's name and mailing address**

**US Hose**
**PO Box 3908**
**Ontario, CA 91761**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$377.29**

---

**3.71**

**Nonpriority creditor's name and mailing address**

**US TelePacific Corp/TPX Commc'ns**
**Office of General Counsel**
**515 S Flower St 47th Floor**
**Los Angeles, CA 90071-2201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,859.64**

---

| Debtor | **Foster Enterprises, a California general partnership** | Case number (if known) | **6:17-bk-15749** |
|---|---|---|---|
| | Name | | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,520.00** |
|---|---|---|---|

**Venable LLP**
**750 E Pratt Street Suite 900**
**Baltimore, MD 21202**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$245.68** |
|---|---|---|---|

**Walkers Air Brakes**
**921 E Francis St**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600,000.00** |
|---|---|---|---|

**Western Milling LLC**
**31120 West Street**
**PO Box 1029**
**Goshen, CA 93227**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70,000.00** |
|---|---|---|---|

**Yang Yang Zhang aka CB Higgins**
**9464 Geisler Road**
**Eden Prairie, MN 55347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Loan [amount from filed proof of claim used to determine 20 largest unsecured creditors]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,450.00** |
|---|---|---|---|

**Zwicker & Associates PC**
**80 Minuteman Rd**
**Andover, MA 01810**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **US TelePacific Corp**<br>**3300 N Cimarron Road Building 5**<br>**Las Vegas, NV 89129** | Line  **3.71**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **US TelePacific Corp**<br>**Attn: Luz Lettiere**<br>**515 S Flower Street 47th Floor**<br>**Los Angeles, CA 90071-2201** | Line  **3.71**<br><br>☐ Not listed. Explain ____ | __ |

| Debtor | **Foster Enterprises, a California general partnership** | Case number (if known) | **6:17-bk-15749** |
|---|---|---|---|
| | Name | | |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**



|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $      28,696.11 |
| **5b. Total claims from Part 2** | 5b.   + | $      13,206,151.99 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $      13,234,848.10 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Dykema Gossett LLP, 333 S. Grand Avenue, Suite 2100, Los Angeles, California 90071.

A true and correct copy of the foregoing document entitled (*specify*): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 5, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**See attached**

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) February 5, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See attached**

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) February 5, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL**
The Honorable Scott C. Clarkson
United States Bankruptcy Court, Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 5, 2018 | Caroline Acossano | /s/ Caroline Acossano |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (CONT'D):**

Alan F Broidy on behalf of Creditor Allstar Financial Services, Inc.
alan@broidylaw.com, sherrie@broidylaw.com

Gregory K Jones on behalf of Attorney Proposed Attorneys for Foster Enterprises
GJones@dykema.com, CAcossano@dykema.com;DocketLA@dykema.com

Gregory K Jones on behalf of Debtor Foster Enterprises, a California general partnership
GJones@dykema.com, CAcossano@dykema.com;DocketLA@dykema.com

Matthew D Pham on behalf of Debtor Foster Enterprises, a California general partnership
mpham@afrct.com, msinclair@afrct.com;afrctecf@afrct.com

Matthew D Pham on behalf of Interested Party Anna Mae Foster
mpham@afrct.com, msinclair@afrct.com;afrctecf@afrct.com

Matthew D Pham on behalf of Interested Party Howard Dean Foster
mpham@afrct.com, msinclair@afrct.com;afrctecf@afrct.com

Dean G Rallis, Jr on behalf of Debtor Foster Enterprises, a California general partnership
drallis@afrct.com, msinclair@afrct.com;AFRCTECF@afrct.com;mpham@afrct.com

Dean G Rallis, Jr on behalf of Debtor Howard Dean Foster
drallis@afrct.com, msinclair@afrct.com;AFRCTECF@afrct.com;mpham@afrct.com

Dean G Rallis, Jr on behalf of Interested Party Anna Mae Foster
drallis@afrct.com, msinclair@afrct.com;AFRCTECF@afrct.com;mpham@afrct.com

Dean G Rallis, Jr on behalf of Interested Party Howard Dean Foster
drallis@afrct.com, msinclair@afrct.com;AFRCTECF@afrct.com;mpham@afrct.com

Dean G Rallis, Jr on behalf of Joint Debtor Anna Mae Foster
drallis@afrct.com, msinclair@afrct.com;AFRCTECF@afrct.com;mpham@afrct.com

Michael B Reynolds on behalf of Interested Party Courtesy NEF
mreynolds@swlaw.com, kcollins@swlaw.com

Jason K Schrader on behalf of U.S. Trustee United States Trustee (RS) jason.K.Schrader@usdoj.gov

Bradley A Silva on behalf of Interested Party Star Milling Co. at basilva@sbcglobal.net

Valerie Smith on behalf of Interested Party Courtesy NEF at claims@recoverycorp.com

Jolene Tanner on behalf of Creditor UNITED STATES OF AMERICA on behalf of the INTERNAL
REVENUE SERVICE jolene.tanner@usdoj.gov, USACAC.criminal@usdoj.gov

Mohammad Tehrani on behalf of U.S. Trustee United States Trustee (RS)
Mohammad.V.Tehrani@usdoj.gov

United States Trustee (RS) at ustpregion16.rs.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                   **F 9013-3.1.PROOF.SERVICE**

## 2. SERVED BY UNITED STATES MAIL – CONT'D:

### Secured Creditors – Foster Enterprises

Allstar Financial Services Inc
c/o Alan F Broidy
1925 Century Park East 17th Floor
Los Angeles, CA 90067-2701
[SERVED VIA NEF]

Beverly A. Gross
1341 S. Lincoln Blvd.
Centralia, IL 62801

United States of America on behalf of
Internal Revenue Service
U.S. Attorney's Office - Tax Division
Attn: Jolene Tanner
300 N. Los Angeles St., Room 7211
Los Angeles, CA 90012-3342
[SERVED VIA NEF]

San Bernardino County Tax Collector
268 West Hospitality Ln First Floor
San Bernardino, CA 92415-0360

Ventura County Resource Mgmt. Agency
800 S Victoria Ave #1700
Ventura, CA 93009-1700

Ventura County Tax Collector
800 S. Victoria Avenue
Ventura, CA 93009-1290

GE Capital Corporation
1010 Thomas Edison Blvd SW
Cedar Rapids, IA 52404

### Secured Creditors – Howard and Anna Foster

Allstar Financial Services Inc
c/o Alan F Broidy
1925 Century Park East 17th Floor
Los Angeles, CA 90067-2701
[SERVED VIA NEF]

United States of America on behalf of the
Internal Revenue Service
U.S. Attorney's Office - Tax Division
Attn: Jolene Tanner
300 N. Los Angeles St., Room 7211
Los Angeles, CA 90012-3342
[SERVED VIA NEF]

New Lakeview Farms LLC
13610 S Archibald Ave
Ontario, CA 91761-7930

San Bernardino County Tax Collector
268 West Hospitality Ln First Floor
San Bernardino, CA 92415-0360
[DUPLICATE]

San Diego County Treasurer Tax Collector
1600 Pacific Hwy Room 162
San Diego, CA 92101-2474

Western Milling LLC
31120 West Street
PO Box 1029
Goshen, CA 93227

### Unsecured Creditors – Foster Enterprises / Howard and Anna Foster

ACI Commercial Insurance
505 E First St Suite E
Tustin, CA 92780

Alfred B Saroni
296 Sanringham Drive North
Moraga, CA 94556

Alliance Industrial
20311 Paseo Del Prado
Walnut, CA 91789

American Express Bank, FSB
Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

California Cage Free Egg Farm LLC
13610 S Archibald Ave
Ontario, CA 91761-7930

Carole F. Cramer Irrevocable Trust
c/o Bradley A. Silva, Esq.
8050 N. Palm Avenue, Suite 300
Fresno, CA 93711

CME Refrigeration Controls Inc
10030 Sierra Vista Ave
Phelan, CA 92371

Coyote Logistics
PO Box 742636
Atlanta, GA 30374-2636

Cypress Premium Funding Inc
PO Box 3529
Mission Viejo, CA 92690

D&F Sanitation
1286 East Mission Blvd
Pomona, CA 91766

Daisy IT
8575 Red Oak St
Rancho Cucamonga, CA 91730

Danielle Anderson
24115 Corte Inspirada
Murrieta, CA 92562

Deborah J Bush
1719 Oupost Lane
Pasadena, CA 91107-1073

Department of Motor Vehicles
PO Box 942897
Sacramento, CA 94297

E Marquez Transport
PO Box 217
Chino, CA 91710

Ed Gross
5976 Eastwood Ave
Rancho Cucamonga, CA 91737-2812

Elements Food Group, Inc.
Snell & Wilmer LLP
Attn: Michael B. Reynolds, Esq.
600 Anton Boulevard
Costa Mesa, CA 92626
[SERVED VIA NEF]

Empire Investment Group
c/o Edward J. Gross
5976 Eastwood Avenue
Rancho Cucamonga, CA 91737-2812

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

Empire Investment Group II
c/o Ed Gross
5976 Eastwood Ave
Rancho Cucamonga, CA 91737-2812

Employment Development Dept.
P O Box 826880, MIC 83
Sacramento, CA 94280-0001

Energy Alternators & Starters
1475 E Philadelphia St
Ontario, CA 91761

Evan J Foster
1719 Outpost Lane
Pasadena, CA 91107-1073

FedEx Corporate Services Inc., as Assignee
FedEx Express/Ground/Freight/Office
3965 Airways Blvd, Module G, 3rd Floor
Memphis, TN 38116-5017

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

Frazer LLP
135 S State College Blvd Suite 300
Brea, CA 92821

Fred Hoffman
601 Laurel Ave #402
San Mateo, CA 94401

Gary D Foster
2057 Glenneyre St
Laguna Beach, CA 92651-3617

GE Capital Solutions
PO Box 822108
Philadelphia, PA 19182

Glenn Randles
536 Lark Rd
Wrightwood, CA 92397

Gregg J. Cutler
P.O. Box 1042
Moorpark, CA 93020

Harvest Farms Inc
45000 Yucca Ave
Lancaster, CA 93534

Healthcare Cost Solutions
1200 Newport Center Dr Suite 190
Newport Beach, CA 92660

Henry Ishikawa
1470 S Bradshawe Ave
Monterey Park, CA 91754

Howard Foster / Anna Foster
c/o Dean G. Rallis Jr.
301 N. Lake Ave., Suite 1100
Pasadena, CA 91101
[SERVED VIA NEF]

Hy-Line North America LLC
c/o Thomas Jorgensen
1755 West Lakes Pkwy
West Des Moines, IA 50266

Industrial Supply Co
1428 S Grove Ave Units D & E
Ontario, CA 91761

United States of America on behalf of the
Internal Revenue Service
U.S. Attorney's Office - Tax Division
Attn: Jolene Tanner
300 N. Los Angeles St., Room 7211
Los Angeles, CA 90012-3342
[SERVED VIA NEF]

Interstate Filter Service
15006 E Arrow Hwy
Baldwin Park, CA 91706

Ishams Fire Extinguisher Service
5130 Heintz St Suite 8
Baldwin Park, CA 91706

Jeffery C Foster
1719 Outpost Lane
Pasadena, CA 91107-1073

Jose Rodriguez
19357 Nuthatch St
Perris, CA 92570

Joyce E Foster
1719 Outpost Lane
Pasadena, CA 91107-1073

Juying Wei
25 Bridgewood
Irvine, CA 92604

Kens Tire and Wheel
3304 W Beverly Blvd
Montebello, CA 90640

Luna Fertilizer
285 Montgomery Ave
Oxnard, CA 93036

Maxim D Foster
1719 Outpost Lane
Pasadena, CA 91107-1073

Mendoza Distributing
3065 W. San Ramon Ave.
Fresno, CA 93711

Midwest Safeguard
PO Box 88043
Chicago, IL 60680-1043

Modern Imaging Systems
1400 Market Place Blvd #147
Cumming, GA 30041

Mukesh Shah
2340 W 230th St
Torrance, CA 90501

New Lakeview Farms LLC
13610 S Archibald Ave
Ontario, CA 91761-7930
[DUPLICATE]

Ontario Municipal Utilities Company
1333 S Bon View Ave
Ontario, CA 91761

Paramount Management
c/o Ed Gross
5976 Eastwood Ave
Rancho Cucamonga, CA 91737-2812

Pep Boys
PO Box 8500-50445
Philadelphia, PA 19178

POMA Automated Fueling Inc.
c/o Troy W. Stanton, Esq.
P.O. Box 880
Yorba Linda, CA 92885

Prepass
PO Box 52774
Phoenix, AZ 85072

Quill Corporation
PO Box 37600
Philadelphia, PA 19101

Recycled Wood Products
1313 E Phillip Blvd
Pomona, CA 91766

Ronald Thomas
PO Box 2759
Wrightwood, CA 92397

RT Electric
1707 S Grove Ave
Ontario, CA 91761

Ruth Gross Trust
c/o Edward J. Gross
5976 Eastwood Avenue
Rancho Cucamonga, CA 91737-2812

Rypos, Inc.
40 Kenwood Circle, Suite 10
Franklin, MA 02038

San Bernardino County Fire
157 W 5th St 2nd Floor
San Bernardino, CA 92415

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Southern California Edison
1551 W San Bernardino Rd
Covina, CA 91722

Sprint Corp
Attn: Bankruptcy Dept
PO Box 7949
Overland Park, KS 66207-0949

Stanley M Foster
51450 Calle Guatemala
La Quinta, CA 92253

State Compensation Insurance Fund
PO Box 7441
San Francisco, CA 94120

Statewide Towing & Recovery
190 N Main St
Riverside, CA 92501

Strand AG Supply
PO Box 710
Denair, CA 95316

Taylor Simonson & Winter LLP
144 N Indian Hill Blvd
Claremont, CA 91711

Teletrac Inc
32472 Collection Center Dr
Chicago, IL 60693-0324

Teresa Cardenas
16001 Chase Road #39
Fontana, CA 92336-5083

Thermo Engine Supply
1611 S Sunkist St
Anaheim, CA 92806

US Healthworks Medical Group
PO Box 50042
Los Angeles, CA 90074-0042

US Hose
PO Box 3908
Ontario, CA 91761

U.S. TelePacific Corp.
Office of General Counsel
515 S. Flower Street, 47th Floor
Los Angeles, CA 90071-2201

U.S. TelePacific Corp.
3300 N. Cimarron Road, Building 5
Las Vegas, NV 89129

Venable LLP
750 E. Pratt Street, Suite 900
Baltimore, MD 21202

Walkers Air Brakes
921 E Francis St
Ontario, CA 91761

Western Milling LLC
31120 West Street
P.O. Box 1029
Goshen, CA 93227
[DUPLICATE]

Yang Yang Zhang a/k/a CB Higgins
9464 Geisler Road
Eden Prairie, MN 55347

Zwicker & Associates PC
80 Minuteman Rd
Andover, MA 01810

Engineered Storage Systems
1038 W Kirkwall Rd
Azusa, CA 91702-5126

Melfred Industrial Services Inc
PO Box 402592
Hesperia, CA 92340-2592

Moark LLC
12005 Cabernet Dr
Fontana, CA 92337

Refrigeration Supplies Distributor
1705 E Francis St
Ontario, CA 91761

Rodney A Baker & Gayle E Baker
PO Box 61425
Boulder City, NV 89005

Aman Sanchez
3215 Wishing Well Ct
Mira Loma, CA 91752

Andres Calzada
611 W Manzanita St
Rialto, CA 92376

Betty Alcantar
6552 34th St
Riverside, CA 92509-1405

Dagoberto Ochoa Sanchez
13537 W Stoneridge Ct #4
Ontario, CA 91762

Donovan Cosio
15508 Woodcrest Dr
Whittier, CA 90604

Dorothy Chu
4655 Fendyke Ave
Rosemead, CA 91770

Ed Ascensio
11000 Via Vista
Bakersfield, CA 93311

Filiberto Armas
8765 Pine Crest Pl
Rancho Cucamonga, CA 91730

Francisca Flores
1611 S Fern Avenue
Ontario, CA 91762

Gabriel Lara
1107 N Gordon St
Pomona, CA 91768

George Salas
1354 S Bonita Pl
Ontario, CA 91762

Juan Carlos Garzaro
550 Doolittle Ave #1002
Riverside, CA 92503

Juan Jose Lara
1113 Ramona Ave
San Bernardino, CA 92411

Juan Manuel Ramirez
3830 Crestmore Rd SP507
Riverside, CA 92509

Juan Padilla
9288 Edison Ave
Chino, CA 91710

Julia Lozano Ceja
1354 Bonita Pl
Ontario, CA 91762

Leonardo Rosales
8615 Beverly Blvd #2
Pico Rivera, CA 90660

Leticia De Santiago
539 E Oak Hill St
Ontario, CA 91761

Lorenzo Anguiano
8368 Reseda Ave Apt A
Fontana, CA 92335

Manuel Garcia
553 Richford Ave
La Puente, CA 91744

Mario Garcia
1321 Massachusetts Ave #103
Riverside, CA 92507

Marvin Morgan
2135 N Arrowhead Ave
San Bernardino, CA 92405

Michael Washington
3040 Battram St
Pomona, CA 91767

Miguel Alcantar
6552 34th St
Riverside, CA 92509

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

Phillip Buchanan
PO Box 2963
Wrightwood, CA 92397

Ramon Aguilar
914 Radway St
La Puente, CA 91744

Rosana Salas
1354 Bonita Pl
Ontario, CA 91762

Sergio Ochoa
14836 Arrow Blvd #2
Fontana, CA 92335

Silvia Lozano
1354 Bonita Pl
Ontario, CA 91762

Tracy Slater
17116 E Orkney St
Azusa, CA 91702

Walter Hall
18890 Yucca St
Hesperia, CA 92345

## Unsecured Creditors – Howard and Anna Foster

AAA
PO Box 25449
Santa Ana, CA 92799-5449

AT&T
PO Box 9039
South San Francisco, CA 94083

Blue Shield of California
PO Box 54530
Los Angeles, CA 90054-0530

Capital One Bank (USA), N.A. by
American InfoSource LP as agent
P.O. Box 71083
Charlotte, NC 28272-1083

Charter Communications/Spectrum
PO Box 60229
Los Angeles, CA 90060

Edco Waste & Recycling Service
PO Box 5488
Buena Park, CA 90622-5488

~~United States of America on behalf of the~~
~~Internal Revenue Service~~
~~U.S. Attorney's Office - Tax Division~~
~~Attn: Jolene Tanner~~
~~300 N. Los Angeles St., Room 7211~~
~~Los Angeles, CA 90012-3342~~
[SERVED VIA NEF]

Nordstrom Bank
PO Box 79137
Phoenix, AZ 85062-9137

Sams Club MC/SYNCB
PO Box 960013
Orlando, FL 32892-0013

San Diego Gas & Electric
PO Box 129831
San Diego, CA 92112-9831

Shawnes Garden Service
524 1/2 W Park St Apt A
Ontario, CA 91762

~~Southern California Edison~~
~~1551 W San Bernardino Rd~~
~~Covina, CA 91722~~
[DUPLICATE]

Southern California Gas Co
1801 S Atlantic Blvd
Monterey Park, CA 91754

Valencia Heights Water Company
3009 E Virginia Ave
West Covina, CA 91791

Valley Center Municipal Water Dist
PO Box 67
Valley Center, CA 92082-0067

Ware Disposal
1035 East Fourth St
Santa Ana, CA 92701-4750

ASC
PO Box 10388
Des Moines, IA 50306

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**